UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

~~Medford~~ multnomah DIVISION

SID#
Jaime Carrasco Castaneda
*(Enter full name of plaintiff)*

Plaintiff,

v.

Civil Case No. 6:22-cv-01430-CL
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT)

Lt Larson (Commander) deputy
Marion County correction Deputy
Ramsey / Jennings / [illegible]
[illegible] / Apgar / Sgt [illegible]
Sgt Riesberger
*(Enter full name of ALL defendant(s))*

~~Jury Trial Demanded~~   Jury Trial Demand
                          Yes    No

Defendant(s).

## I. PARTIES

*List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

**Plaintiff**   Name: Jaime Carrasco Castaneda
Street Address: 4000 Aumsville Hwy SE
City, State & Zip Code: Salem OR 97317
Telephone No.: (For time being MCT Law Library)

Complaint for Violation of Civil Rights (Prisoner Complaint)                                1
[Rev. 01/2018]

**Defendant No. 1**   Name: Deputy ~~[redacted]~~ Ramsey
Street Address: 4000 Aumsville Hwy SE
City, State & Zip Code: Salem OR. 97317
Telephone No.: 503-588-8588

**Defendant No. 2**   Name: Sgt ~~[redacted]~~ Schurig / underboss to Tad Larson
Street Address: 4000 Aumsville Hwy SE
City, State & Zip Code: Salem, OR 97317
Telephone No.: 503-588-8588

**Defendant No. 3**   Name: Tad Larson
Street Address: 4000 Aumsville Hwy SE
City, State & Zip Code: Salem, OR 97317
Telephone No.: 503-588-8588

**Defendant No. 4**   Name: ~~[redacted]~~ & Sgt Reidburger
Street Address: 4000 Aumsville Hwy SE
City, State & Zip Code: Salem, OR 97317
Telephone No.: 503-588-8588

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. You are bringing suit against (*check all that apply*):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim) / Marion Co Jail employees / Sheriffs, commander ect—

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

Eight Ammendment   Fourth Ammendment   Fourteenth Amendment
& possibly others

## III. STATEMENT OF CLAIMS

### Claim I

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

Ted Larson MCCF Commander 6-28-22 9:00 in
5/21/22 MCCF Deputy Beidberger was [redacted] Attempt [redacted] by staff [redacted]
to assur me during payments) Prefer P+P to submit [redacted] in
by speaking to me about [redacted] in person to speak face 2 face
wariness or showing in his actions of [redacted]
and support the process. Injuries suffered are severe &
repetitive, Emotional distraut nightmares, mental corruption
of views from reality. Cruel unsual punishment. Inappropriate
[redacted] from this action has
left me damaged mental thinking and emotionally injured
I'm having trouble seperateing real from nightterros or day terros.

### Claim II

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

Do to disabilities & lack of legal knowledge/counsel I would
ask the courts please bring in an attorney/advocate to

Complaint for Violation of Civil Rights (Prisoner Complaint)    3
[Rev. 01/2018]

better help me process the paper work in order to file my Tort claim beings they cost $. I don't want to waste the courts time nor my own in frivolous matters...

I don't have $ let alone the $ to file Tort or for legal fees, copies, counsel ect so I would like help getting this filed properly the first time. As of todays date Dep ~~Redberg~~ still works the unit, he's not been written up misconduct or held accountable. Third Party still informs/notifies me. Ect. I feel Dep Sgt ~~Strong~~ 2nd to commander ignored me & both Tad Larson & Dep Sgt ~~'s~~ by not handling matter pose a threat to safety & security of operations by leaving ~~Redberg~~ on unit & not writing him up for misconduct —

### Claim III

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.

I filed a grievance 5/21/22 Never went through chain of command never got response included in Tort.
I have a Kyte written to Sgt Reidburger included in Tort.
Filed Grievance 7/3/22 on ~~Redberg~~, Tad Larson, Sgt ~~'s~~, Sgt ~~'s~~ Sgt Saeurar on Sgt Reichburger.
Filed Kyte 7/3/22 Sgt Peterson Filed Kyte 7/3/22 Tad Larson
Filed Kyte 7/3/22 with other Grievances have as well other paper work since been upheld, delayed, rerouted held or lost. But not responded to. apparently. On going in sole work.

(If you have additional claims, describe them on another piece of paper, using the same outline.)

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☒ Yes    ☐ No

## V. RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

I would ask that the courts make MCT pay for all filing fees, copies, medical legal supplies, MH, doctor, and or presciptions/debt due to processing or which occurred to this law suit. And or any counseling, and or other attorney fees, advocate fees, court fees ect. $ DAMAGES $50,000.00 I am asking Dep Sgt [redacted] be Demoted as well as Tad Larson Sgt Reidburger and Dep Sgt [redacted] all put in for resignation along with Dep Sterling. Not only have most tried to stone wall me but as well [redacted] & used their positions to cover up actions which cause a threat to Safety & Security of institution & myself, but as well continue working Dep [redacted] my unit. This is unprofessional inappropriate & unconstitutional. But each are not only guilty of condoning unprofessional behavior but break MCJ Rule & Regulations by not holding fellow employees accountable but are guilty of Aiding & Abbedding & denying me the right to file [...] & criminal charges

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 24th day of August, 2022

(Signature of Plaintiff) & SID#